UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-23549-CV-UNGARO

IN ADMIRALTY

AMERICAN INTERNATIONAL
INSURANCE COMPANY,

      Plaintiff/Counterdefendant,

v.

SEAWAY ENTERPRISES
INTERNATIONAL LTD.,

      Defendant/Counterclaimant.

_____/

### SEAWAY'S COUNSEL'S APOLOGY TO THE COURT RE: D.E. 50, PP. 3-4

The undersigned, counsel for Seaway Enterprises International Ltd., notes the Court's observations and admonition at D.E. 50, pp. 3-4, and apologizes for any suggestion of disrespect to the Court in the cited case.

Respectfully submitted,

ABALLI, MILNE, KALIL, P.A.
2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

s/ *Hendrik G. Milne*
Hendrik G. Milne
hmilne@aballi.com
Fla. Bar No. 335886
Craig P. Kalil
ckalil@aballi.com
Fla. Bar No. 607282
Carlos F. Osorio, Esq.
cosorio@aballi.com
Fla. Bar No. 597546
Anna A. Mance
amance@aballi.com
Fla. Bar No. 62811

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

s/ *Hendrik G. Milne*
Hendrik G. Milne